# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Metcalf, William C. | U.S. District Court, Western District of North Carolina | 05/12/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge--Full Time | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2020<br>to<br>12/31/2020 |

**7. Chambers or Office Address**

United States Courthouse
100 Otis Street
Asheville, North Carolina 28801

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Trust #1 (reportable assets are listed in Part VII) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2018 | Membership Interest Redemption Agreement with 11 North Market Street, LLC (membership interest repurchase) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Metcalf, William C. | 05/12/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Metcalf, William C. | 05/12/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Bank | Credit Card | J |
| 2. | Edward Jones | Margin Loan | M |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Metcalf, William C. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Individual Assets (H) | | | | | | | | | |
| 2. | HomeTrust Bank (cash) | A | Interest | K | T | | | | | |
| 3. | First Citizens Bank (cash) | A | Interest | M | T | | | | | |
| 4. | Wells Fargo Corporation Common Stock (WFC) | B | Dividend | K | T | | | | | |
| 5. | 11 North Market Street, LLC Promissory Note | D | Interest | M | T | Distributed (part) | 03/30/20 | J | | |
| 6. | | | | | | Distributed (part) | 06/30/20 | J | | |
| 7. | | | | | | Distributed (part) | 09/30/20 | J | | |
| 8. | | | | | | Distributed (part) | 12/30/20 | J | | |
| 9. | Account #1 (H) | | | | | | | | | |
| 10. | Russell Lifepoints Growth Strategy (RALCX) | A | Dividend | J | T | | | | | |
| 11. | Account #2 (H) | | | | | | | | | |
| 12. | Federated Govt Obli Fd-Prm (GOFXX) (cash equivalent) | A | Dividend | K | T | | | | | |
| 13. | Baird Aggregrate Bond Fund--Inst (BAGIX) | A | Dividend | K | T | Sold (part) | 03/09/20 | J | A | |
| 14. | | | | | | Sold (part) | 03/13/20 | J | A | |
| 15. | | | | | | Buy (add'l) | 04/29/20 | J | | |
| 16. | | | | | | Buy (add'l) | 08/06/20 | J | | |
| 17. | Dodge & Cox Income Fund Com (DODIX) | B | Dividend | K | T | Sold (part) | 03/09/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Metcalf, William C. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 03/13/20 | J | A | |
| 19. | | | | | Sold (part) | 04/01/20 | J | A | |
| 20. | | | | | Buy (add'l) | 08/06/20 | J | | |
| 21. iShares US Aggregate Bond Index Fund (BMOPX) | A | Dividend | K | T | Sold (part) | 03/09/20 | J | A | |
| 22. | | | | | Sold (part) | 03/13/20 | J | A | |
| 23. | | | | | Buy (add'l) | 08/06/20 | J | | |
| 24. JPMorgan Core Bond Fund (JCBPX) | A | Dividend | K | T | Sold (part) | 03/09/20 | J | A | |
| 25. | | | | | Sold (part) | 03/13/20 | J | A | |
| 26. | | | | | Buy (add'l) | 08/06/20 | J | | |
| 27. PGIM Total Return Bond Fund (PDBAX) | A | Dividend | K | T | Sold (part) | 03/09/20 | J | A | |
| 28. | | | | | Sold (part) | 03/13/20 | J | | |
| 29. | | | | | Buy (add'l) | 04/29/20 | J | | |
| 30. Pioneer Bond Fund (PBFKX) | A | Dividend | K | T | Sold (part) | 03/13/20 | J | A | |
| 31. | | | | | Buy (add'l) | 04/29/20 | J | | |
| 32. PGIM High Yield Fund (74440Y884) | A | Dividend | K | T | Buy | 06/09/20 | K | | |
| 33. T Rowe Price Emerging Markets Bond Fund (77956H534) | A | Dividend | J | T | Buy | 04/21/20 | J | | |
| 34. American Funds Europac Growth F3 (FEUPX) | A | Dividend | K | T | Buy (add'l) | 03/13/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Metcalf, William C. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Sold<br>(part) | 08/06/20 | J | A | |
| 36. | | | | | Sold<br>(part) | 11/20/20 | J | A | |
| 37. Dodge & Cox International Stock Fund<br>(256206103) | A | Dividend | K | T | Buy | 03/31/20 | J | | |
| 38. | | | | | Sold<br>(part) | 06/09/20 | J | A | |
| 39. | | | | | Sold<br>(part) | 11/20/20 | J | A | |
| 40. Dodge & Cox Stk Fd (DODGX) | B | Dividend | K | T | Buy<br>(add'l) | 03/09/20 | J | | |
| 41. | | | | | Buy<br>(add'l) | 03/13/20 | J | | |
| 42. | | | | | Sold<br>(part) | 04/29/20 | J | | |
| 43. | | | | | Sold<br>(part) | 11/20/20 | J | A | |
| 44. Delaware Small Cap Value Fund-R6<br>(DVZRX) | | None | | | Buy | 03/09/20 | J | | |
| 45. | | | | | Buy<br>(add'l) | 03/13/20 | J | | |
| 46. | | | | | Sold | 03/16/20 | J | | |
| 47. Harbor Capital Appreciation-Rtr (HCAIX) | B | Dividend | J | T | Sold<br>(part) | 04/29/20 | J | A | |
| 48. | | | | | Buy<br>(add'l) | 06/09/20 | J | | |
| 49. | | | | | Sold<br>(part) | 08/06/20 | J | B | |
| 50. | | | | | Sold<br>(part) | 11/20/20 | J | A | |
| 51. Hartford Equity Income-F (HQIVX) | A | Dividend | J | T | Sold<br>(part) | 06/09/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Ishares Developed Real Estate Index Fund (091936187) | A | Dividend | J | T | Buy | 04/28/20 | J | | |
| 53. Ishares MSCI EAFE Intl Index K (BTMKX) | A | Dividend | J | T | Buy (add'l) | 03/09/20 | J | | |
| 54. | | | | | Buy (add'l) | 03/13/20 | J | | |
| 55. | | | | | Sold (part) | 11/20/20 | J | A | |
| 56. Ishares S&P 500 Index-K (WFSPX) | A | Dividend | K | T | Sold (part) | 04/29/20 | J | | |
| 57. | | | | | Buy (add'l) | 06/09/20 | J | | |
| 58. | | | | | Sold (part) | 08/06/20 | J | A | |
| 59. | | | | | Sold (part) | 11/20/20 | J | A | |
| 60. Jensen Quality Growth-Y (JENYX) | B | Dividend | J | T | Sold (part) | 11/20/20 | J | A | |
| 61. Ivy Mid Cap Growth Fund-N (WMGAX) | A | Dividend | J | T | Sold (part) | 04/29/20 | J | A | |
| 62. | | | | | Sold (part) | 08/06/20 | J | A | |
| 63. | | | | | Sold (part) | 11/20/20 | J | A | |
| 64. T Rowe Price Small-Cap Value Fund (77957Q301) | A | Dividend | J | T | Buy | 03/16/20 | J | | |
| 65. | | | | | Sold (part) | 04/29/20 | J | A | |
| 66. | | | | | Sold (part) | 11/20/20 | J | A | |
| 67. Vanguard Mid-Cap Value ETF (922908512) | A | Dividend | K | T | Buy | 11/20/20 | J | | |
| 68. American Funds New World F3 (NFFFX) | A | Dividend | J | T | Sold (part) | 06/09/20 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Metcalf, William C. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. JPMorgan Mid Cap Value-R6 (JMVYX) | | None | | | Buy (add'l) | 03/09/20 | J | | |
| 70. | | | | | Buy (add'l) | 03/13/20 | J | | |
| 71. | | | | | Sold | 11/20/20 | K | A | |
| 72. Morgan Stanley Ins Global Re-A (MRLBX) | | None | | | Sold | 04/28/20 | J | | |
| 73. Oakmark International-Inst (OANIX) | | None | | | Buy (add'l) | 03/09/20 | J | | |
| 74. | | | | | Buy (add'l) | 03/13/20 | J | | |
| 75. | | | | | Sold | 03/31/20 | J | | |
| 76. American Funds Capital World Bond Fund (RCEBX) | A | Dividend | | | Sold | 06/09/20 | J | A | |
| 77. JPMorgan High Yield Fund (JRJKX) | A | Dividend | | | Buy (add'l) | 04/29/20 | J | | |
| 78. | | | | | Sold | 06/09/20 | K | | |
| 79. Vanguard Emerging Market Government Bond (VWOB) | | None | | | Buy | 04/14/20 | J | | |
| 80. | | | | | Sold | 04/20/20 | J | A | |
| 81. Account #3 (H) | | | | | | | | | |
| 82. Edward Jones Money Market Fund (JNSXX) (cash equivalent) | A | Dividend | J | T | | | | | |
| 83. Raleigh Durham NC Arpt Auth 4.00% | A | Interest | | | Redeemed | 05/01/20 | J | | |
| 84. NC St Cap Impt Ltd Oblig Rev 3.50% | A | Interest | K | T | | | | | |
| 85. Durham NC Ltd Oblig Ser A Rev 3.50% | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Metcalf, William C. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. High Pt NC Comb ENT Sys Rev 3.25% | A | Interest | J | T | | | | | |
| 87. NC Med Care Commn Rfdg Rev 4.75% | B | Interest | | | Redeemed | 06/01/20 | K | | |
| 88. New Hanover Cnty NC Ltd Oblg A 3.25% | A | Interest | K | T | | | | | |
| 89. NC Cap Facs Fin Agy Rev 4.375% | A | Interest | | | Redeemed | 11/02/20 | K | | |
| 90. Monrie N C Ltd Oblig Ser 2018 3.125% | A | Interest | K | T | | | | | |
| 91. Orange Cnty N C 3.00% | A | Interest | K | T | | | | | |
| 92. Surry Cnty N C GO Ser 2018 3.375% | A | Interest | K | T | | | | | |
| 93. NC TPK Auth Rev Monroe Connect 4.25% | A | Interest | K | T | | | | | |
| 94. Buncombe Cnty NC Ltd Oblig Rev 3.375% | A | Interest | J | T | | | | | |
| 95. NC Cap Facs Fin Agy Solid Wste 4.625% | B | Interest | | | Redeemed | 11/02/20 | K | | |
| 96. Beaufort Cnty NC Ltd Oblig 3.75% | A | Interest | K | T | | | | | |
| 97. Western Carolina Univ N C Rev 3.625% | A | Interest | J | T | | | | | |
| 98. Exxon Mobil Corp (XOM) | B | Dividend | K | T | | | | | |
| 99. Pfizer Inc (PFE) | B | Dividend | L | T | | | | | |
| 100. Truist FINL Corp (BBK) | A | Dividend | K | T | | | | | |
| 101. Viatris Inc (VTRS) (X) | | None | | | Sold | 11/25/20 | J | | |
| 102. Walgreens Boots Alliance Inc (WBA) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Metcalf, William C. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Wells Fargo & Co (WFC) | A | Dividend | K | T | | | | | |
| 104.  American AMCAP A (AMCPX) | C | Dividend | L | T | | | | | |
| 105.  American Cap Wrld Grw & Inc A (CWGIX) | C | Dividend | N | T | | | | | |
| 106.  American Europacific Growth A (AEPGX) | A | Dividend | L | T | | | | | |
| 107.  American Fundamental INV A (RFEBX) | D | Dividend | N | T | | | | | |
| 108.  American Growth Fd of Amer A (AGTHX) | D | Dividend | N | T | | | | | |
| 109.  American Inc Fund of Amer A (AMECX) | D | Dividend | M | T | | | | | |
| 110.  Franklin NC Tax-Free Income A (FQNCX) | B | Dividend | L | T | | | | | |
| 111.  Edward Jones Polaris II A-Class Platinum Annuity (fixed contract) | | None | N | T | | | | | |
| 112.  Edward Jones Choiceplus Assurance A-Share Annuity (fixed contract) | | None | M | T | | | | | |
| 113.  Edward Jones Hartford Leaders Edge Annuity (fixed contract) | | None | N | T | | | | | |
| 114.  Edward Jones Protective Values/Advantage Annuity (fixed contract) | | None | M | T | | | | | |
| 115.  Account #4 (H) | | | | | | | | | |
| 116.  Raymond James Bank Deposit Program (cash) | A | Interest | J | T | | | | | |
| 117.  Russell Tax Managed US Mid and Small Cap Fund (RTSSX) | A | Dividend | K | T | Buy (add'l) | 07/23/20 | J | | |
| 118.  Russell Tax Managed US Large Cap Fund (RETSX) | A | Dividend | M | T | Sold (part) | 07/23/20 | J | A | |
| 119.  Russell Tax Exempt Bond Fund (RLVSX) | B | Dividend | K | T | Sold (part) | 07/23/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Metcalf, William C. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  Russell Tax Exempt High Yield Bond Fund (RTHSX) | B | Dividend | K | T | | | | | |
| 121.  Russell Tax Managed International Equity Fund (RTNSX) | B | Dividend | M | T | | | | | |
| 122.  Russell Tax Managed Real Assets Fund Cl S N/L (TRXSX) | A | Dividend | K | T | Buy (add'l) | 07/23/20 | J | | |
| 123.  Account #5 (H) | | | | | | | | | |
| 124.  Raymond James FIMM Govt Money Market (FRGXX) (cash) | A | Interest | L | T | | | | | |
| 125.  Account #6 (H) | | | | | | | | | |
| 126.  Brown Advisory Sustainable Growth Fund (BAFWX) (X) | | None | J | T | | | | | |
| 127.  Domini Impact International Equity Fund (DOMYX) (X) | A | Dividend | J | T | | | | | |
| 128.  Parnassus Midcap Fund Institutional Class N/L (PFPMX) (X) | A | Dividend | J | T | | | | | |
| 129.  TIAA-CREF Core Impact Bond Fund (TSBRX) (X) | A | Dividend | J | T | | | | | |
| 130.  Vanguard FTSE Social Index Fund (VFTAX) | A | Dividend | J | T | Buy | 06/11/20 | J | | |
| 131.  Account #7 (H) | | | | | | | | | |
| 132.  American VA 529 College Enrollment FD (CENFX) | | None | | | Sold (part) | 02/10/20 | J | | |
| 133. | | | | | Buy (add'l) | 07/23/20 | K | | |
| 134. | | | | | Sold (part) | 07/31/20 | J | A | |
| 135. | | | | | Sold (part) | 08/12/20 | J | A | |
| 136. | | | | | Sold (part) | 09/16/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Metcalf, William C. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Sold | 11/03/20 | J | A | |
| 138. American VA 529 College Enrollment Fd Cl F2 (FAADX) | A | Dividend | J | T | Buy | 11/03/20 | J | | |
| 139. | | | | | Sold<br>(part) | 11/12/20 | J | | |
| 140. American VA 529 College 2027 Fund Cl F1 (CTSFX) (X) | | None | | | Sold | 07/23/20 | K | A | |
| 141. Account #8 (H) | | | | | | | | | |
| 142. American VA 529 College Enrollment Fd Cl A (CENAX) | | None | | | Buy<br>(add'l) | 05/28/20 | J | | |
| 143. | | | | | Sold<br>(part) | 07/16/20 | J | A | |
| 144. | | | | | Buy<br>(add'l) | 09/30/20 | J | | |
| 145. | | | | | Sold<br>(part) | 10/27/20 | J | A | |
| 146. | | | | | Sold | 11/03/20 | J | | |
| 147. American VA 529 College Enrollment Fd Cl F2 (FAADX) | C | Dividend | L | T | Buy | 11/03/20 | J | | |
| 148. | | | | | Sold<br>(part) | 12/04/20 | J | A | |
| 149. Account #9 (H) | | | | | | | | | |
| 150. American VA 529 College 2027 Fd Cl F2 N/L (FFCFX) | C | Dividend | L | T | Buy | 11/03/20 | J | | |
| 151. American VA 529 College 2027 Fund Cl F1 (CTSFX) | | None | | | Sold | 11/03/20 | J | | |
| 152. Account #10 (H) | | | | | | | | | |
| 153. America Inc Fund of America (AMECX) | B | Dividend | L | T | Buy<br>(add'l) | 06/02/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Metcalf, William C. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. Account #11 (H) | | | | | | | | | |
| 155. America Inc Fund of America (AMECX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Metcalf, William C. | 05/12/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I owned a membership interest in a limited liability company that held my former law firm's real property. I received a promissory note in connection with the repurchase of that membership interest.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **William C. Metcalf**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544